04-00055
USDCRI
Judge Torres

# United States Court of Appeals
## For the First Circuit

No. 05-1698

UNITED STATES,

Appellee,

v.

OLADIMEJI O. ALLI,

Defendant, Appellant.

**JUDGMENT**

Entered: April 7, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The defendant's sentence is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

M. Reid

**Deputy Clerk**

**Date:** 5/1/06

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Roy, Mr. Fitzgerald, Mr.Chafee, & Mr. Lockhart.]